1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716

**FILED**

JUN 2 0 2007


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9   IN RE SEARCH OF            ) No. 2:07-sw-00171 GGH
    2409 NORTH FIRST STREET    )
10  FRESNO, CALIFORNIA         ) **APPLICATION TO UNSEAL SEARCH WARRANT**
                               ) **AND [proposed] ORDER**
11                             )
                               )
12  _____    )

13

14      On June 3, 2007, this Court issued the above-captioned search

15  warrant and sealed it until further order of the Court.  Recently, a

16  federal grand jury issued an indictment in this case, number 2:07-

17  cr-00266 FCD.  The United States now respectfully requests that the

18  above-captioned file be unsealed so that its contents may be

19  revealed in discovery.

20  Dated: June 19, 2007

21                              Respectfully submitted,

22                              McGREGOR W. SCOTT
                                United States Attorney
23

24                         By:  _____
                                ELLEN V. ENDRIZZI
25                              Assistant U.S. Attorney

26

27

28

                                1

1

**O R D E R**

2    Upon application of the United States of America and good cause

3  having been shown,

4    IT IS HEREBY ORDERED that the United States' Application to

5  Unseal Search Warrant, filed in case number 2:07-sw-00171 GGH, is

6  GRANTED.

7

8  DATED: June ⟨20⟩, 2007



GREGORY G. HOLLOWS

9
                                 _____
10                                HONORABLE GREGORY G. HOLLOWS
                                  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2